1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JASON LEE NALL
7

8

9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
   UNITED STATES OF AMERICA,      )  No. 2:06-cr-327 MCE
13                                 )
                Plaintiff,         )
14                                 )  STIPULATION AND ORDER CONTINUING CASE.
        v.                         )
15                                 )
   JASON LEE NALL,                 )  Date:  June 28, 2012
16                                 )  Time:  9:00 a.m.
                Defendant.         )  Judge: Hon. Morrison C. England, Jr.
17                                 )
   _____ )
18

19
        **IT IS HEREBY STIPULATED** by and between Assistant United States
20
   Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal
21
   Defender Jeffrey L. Staniels, counsel for Defendant that the above case
22
   be vacated from this court's June 28, 2012, calendar, that it be
23
   continued until July 19, 2012, at 9:00 a.m. for status conference.
24
        Discussions between counsel concerning aspects and possible
25
   resolution of the new law violation charge are needed before a decision
26
   concerning the scope of admissions and/or denials can be made.
27
   ///
28

**IT IS FURTHER STIPULATED** that the provisions of the Speedy Trial Act, 18 U.S.C. §3161 *et. seq.* do not apply to proceedings regarding this Supervised Release Petition

**IT IS SO STIPULATED.**


Dated: July 3, 2012  /s/ *Jason Hitt*
Jason Hitt
Assistant United States Attorney
Counsel for Plaintiff


Dated: July 3, 2012  /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
JASON LEE NALL


**O R D E R**

The above stipulation is hereby accepted. This matter will be dropped from this court's July 5, 2012, criminal calendar and re-calendared for July 19, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case

2