| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | |
| 3 | JEFFREY L. STANIELS, Bar #91413<br>Assistant Federal Defender<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant<br>JASON LEE NALL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-327 MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING CASE. |
| JASON LEE NALL, | ) | Date: June 28, 2012 |
| Defendant. | ) | Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's July 19, 2012, calendar, that it be continued until August 23, 2012, at 9:00 a.m. for status conference.

Discussions among counsel and the probation officer concerning aspects and possible resolution of the new law violation charge have begun but further consultation is needed before a decision concerning the scope of admissions and/or denials can be made.

1  **IT IS FURTHER STIPULATED** that the provisions of the Speedy Trial Act, 18 U.S.C. §3161 *et. seq.* do not apply to proceedings regarding this Supervised Release Petition.

**IT IS SO STIPULATED.**

Dated: July 17, 2012          /s/ *Jason Hitt*
                              Jason Hitt
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated: July 17, 2012          /s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              JASON LEE NALL


**O R D E R**

The above stipulation is hereby accepted. This matter will be dropped from this court's July 19, 2012 criminal calendar and re-calendared for August 23, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                     2