```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   JASON LEE NALL
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0327 MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| JASON LEE NALL, ) | |
| Defendant. ) | Date: August 23, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON LEE NALL that the status conference scheduled for August 23, 2012 in this supervised release violation matter be vacated, and that this case be calendared for evidentiary hearing on September 20, 2012.

**IT IS SO STIPULATED**.


Dated: August 22, 2012              /S/ Jason Hitt
                                    Jason Hitt
                                    Assistant United States Attorney

Dated: August 22, 2012                    /S/ Jeffrey L. Staniels
                                          Jeffrey L. Staniels
                                          Assistant Federal Defender
                                          Counsel for JASON LEE NALL

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE