| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | JASON HITT<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2751 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:06-cr-0327 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER RESETTING<br>) THE EVIDENTIARY HEARING DATE FOR |
| v. | ) PETITION ALLEGING SUPERVISED<br>) RELEASE VIOLATIONS |
| JASON NALL, | ) |
| Defendant. | ) |

Based upon the availability of counsel, the assigned Probation Officer, and the Court, the plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Jason NALL, by and through his counsel, Jeff Staniels, Esq., stipulate and agree that the evidentiary hearing date of

///
///
///
///
///

1

September 20, 2012, on the pending petition alleging supervised release violations should be reset to October 11, 2012, at 9:00 a.m.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 17, 2012    By:  /s/Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney


DATED: September 17, 2012    By:  /s/Jason Hitt
                                  Authorized to sign for Mr.
                                  Staniels on 09-07-12
                                  JEFFREY STANIELS, Esq.
                                  Attorney for Jason NALL

# O R D E R

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The evidentiary hearing set for September 20, 2012, is hereby vacated; and

2. An evidentiary hearing on the pending petition alleging supervised release violations is set for October 11, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE